**KERMANI LLP**
Ramin Kermani-Nejad (SBN 268070)
rk@kermanillp.com
Mohamad Ahmad (SBN 275911)
ma@kermanillp.com
Hani Ganji (SBN 272925)
hg@kermanillp.com
2719 Wilshire Blvd., Ste. 200
Santa Monica, CA 90403
T: (424) 253.4254 | F: (888) 959.8749

Attorney for Plaintiff, QAIS MOHAMMAD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QAIS MOHAMMAD**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**ECC INTERNATIONAL CONSTRUCTORS, LLC,** a Delaware Limited Liability Company; **METAG INSAAT TICARET A.S.,** a Turkish Corporation; **ECCI-C METAG, JV,** a Joint Venture; and DOES 1 through 100 inclusive,<br><br>Defendants. | **CASE NO.** 4:16-cv-06281-DMR (removed from San Mateo County Superior Court, Case No. 16CIV01638)<br><br>**STIPULATION TO REMAND TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO; [PROPOSED] ORDER**<br><br>Judge: Hon. Donna Ryu<br><br>Complaint Filed: September 29, 2016<br>Trial Date: None set |

This stipulation is entered into by and between Plaintiff, Qais Mohammad ("Plaintiff") and Defendants, ECC International Constructors, LLC, Metag Insaat Ticaret A.S., and ECCI-C Metag, JV (collectively, "Defendants"), by and through their respective counsel, with reference to the following facts and recitals:

RECITALS

1.   WHEREAS, on September 29, 2016, Plaintiff filed this action in the Superior Court of California, County of San Mateo, Case No. 16CIV01638 (the "Action").

2.   WHEREAS, on October 31, 2016, Defendants removed the Action to the United

1  States Federal Court for the Northern District of California on the basis of diversity jurisdiction.

2      3.    WHEREAS, on November 8, 2016, Defendants filed a Motion to Dismiss.

3      4.    WHEREAS, on November 21, 2016, Defendants withdrew their Motion to Dismiss.

5      5.    WHEREAS, on November 21, 2016, Defendants agreed to Plaintiff's request to stipulate to remand the Action to the Superior Court of California, County of San Mateo because Defendants' Notice of Removal violates 28 U.S.C. §1441(b)(2).

## STIPULATION

    6.    NOW THEREFORE, subject to the Court's approval, the Parties AGREE and STIPULATE to remand this Action to Superior Court of California, County of San Mateo, where venue and jurisdiction are proper for this Action.

    7.    The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

_____/s/ Hani Ganji_____  
Hani Ganji  
Attorney for Plaintiff

Dated: November 21, 2016

_/s/ Kevin M Pierce_____  
Kevin M. Pierce  
Attorney for Defendants

Dated: November 21, 2016